# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
                                        ) Case No.: 2:17-cr-140-APG-NJK
    Plaintiff, )
                                        ) **ORDER**
    vs. )
                                        )
MARCUS DAMONE WHITE, )
                                        )
    Defendant. )

Based on the Stipulation filed by the Government and the Defendant, to have the Defendant, MARCUS DAMONE WHITE, committed to the custody of the Attorney General, and for good cause appearing, the Court hereby finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

IT IS THEREFORE ORDERED THAT, pursuant to Title 18, United States Code, Section 4241(d), the Defendant is committed to the custody of the Attorney General for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go

. . .

forward.

DATED 27th day of October, 2017.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE