# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00140-APG-NJK |
| Plaintiff, | ORDER |
| vs. | |
| MARCUS DAMONE WHITE, | |
| Defendant. | |

The Court has received a forensic report dated, alternately, May 30, 2018 and June 4, 2018. The Court SETS a hearing on the report for June 26, 2018, at 2:00 p.m., in Courtroom 3B.

IT IS SO ORDERED.

DATED: June 21, 2018

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE