NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00140-APG-NJK |
| Plaintiff, | |
| v. | MOTION TO DISMISS |
| MARCUS DAMONE WHITE, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed against the named defendant, MARCUS DAMONE WHITE, on May 2, 2017, charging him with one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 1.

| 1 | Due to the unique facts and circumstances related to the defendant's ability
| 2 | to understand the nature and circumstances of the charge and to assist in his
| 3 | defense, the government does not feel that this matter should proceed to trial at this
| 4 | time.
| 5 | Consequently, the instant case should be dismissed without prejudice as to
| 6 | the named defendant and the Government hereby so moves.

Respectfully submitted this 12th day of March, 2019.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS DAMONE WHITE,<br><br>Defendant. | 2:17-cr-00140-APG-NJK<br><br>ORDER OF DISMISSAL |

Based on the Motion of the Government, and good cause appearing therefore, IT IS ORDERED, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on May 2, 2017, as to the named defendant in the above-captioned case, is hereby DISMISSED without prejudice.

DATED this 12th of March, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE